JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

OSVALDO CARO MELENDREZ,
Petitioner,
v.
WARDEN OF DESERT VIEW FACILITY, et al.,
Respondents.

No. 5:26-cv-05527-BFM

**JUDGMENT**

On October 9, 2026, the Court issued an order granting the petition and ordered Petitioner Osvaldo Caro Melendrez (A# 246-061-386) immediately released on reasonable conditions. (ECF 13 at 6.) Petitioner reports that he has been released from Respondents' custody. (ECF 14.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 14, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE